# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13018-ELF

GREGORY M KILMER, SR.

57 LAKESIDE DRIVE

LEVITTOWN, PA 19054-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GREGORY M KILMER, SR.

    57 LAKESIDE DRIVE

    LEVITTOWN, PA 19054-

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 9/3/2019

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee