```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 19-13018-elf
Gregory M. Kilmer, Sr.                                          Chapter 13
         Debtor             CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 1              Date Rcvd: Nov 19, 2019
                              Form ID: pdf900              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db             +Gregory M. Kilmer, Sr.,    57 Lakeside Drive,    Levittown, PA 19054-3901
14322456       +Shapiro & DeNardo, LLC,    3600 Horizon Drive, Ste 150,    King Of Prussia, PA 19406-4702
14369188       +U.S. Bank N.A.,   c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14322457       +U.S.Bank, NA,   7255 Baymeadows Way,    Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 20 2019 04:04:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 04:04:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2019 04:04:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14322455       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 20 2019 04:00:31
                 Capital One Auto Finance,   P.O. Box 165028,    Irving, TX 75016-5028
14352012       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2019 04:01:23
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14359623        E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2019 04:05:12      U.S. Bank N.A., et. al,
                 c/o Select Portfolio Servicing,   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14322454         Buffer
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
          JOHN M. KENNEY    on behalf of Debtor Gregory M. Kilmer, Sr. jken330@comcast.net,
           Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank N.A., successor trustee to Bank of America,
           N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates, WMALT Ser bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
    GREGORY M. KILMER,          :
        Debtor                :        Bky. No.  19-13018 ELF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 19, 2019**

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**