IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GREGORY M. KILMER, SR. : Case No. 19-13018-elf

: Chapter 13

**CERTIFICATION OF NO RESPONSE**

    I, John M. Kenney, Esquire, attorney for Debtor, Gregory M. Kilmer, Sr., hereby certify that as of this 13th day of February, 2020, there has been no response or answer regarding the Application for Compensation dated and served November 18, 2019. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

    I certify under penalty that the foregoing is true and correct.

Date: February 13, 2020        s/ John M. Kenney_____
                                                  **John M. Kenney, Esquire**
                                                  308 N. Oxford Valley Road
                                                  Fairless Hills, PA  19030
                                                  (215)547-3031